# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ALBERT B. RATNER,** | ) Case No. 1:18-cv-02605 |
| | ) |
| Plaintiff, | ) Judge Christopher A. Boyko |
| | ) |
| v. | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL** |
| **FOREST CITY REALTY TRUST, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Plaintiff Albert B. Ratner hereby gives notice pursuant to Rule 41(a)(1)(A)(i) of the voluntary dismissal of this action, without prejudice.

Dated: November 27, 2018              Respectfully submitted,

*/s/ David H. Wallace*
David H. Wallace (0037210)
*dwallace@taftlaw.com*
Michael J. Zbiegien (0078352)
*mzbiegien@taftlaw.com*
Daniel H. Bryan (0095309)
*dbryan@taftlaw.com*
Michael K. Wager (0043818)
*mwager@taftlaw.com* (0043818)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114
Phone: (216) 241-2838
Fax: (216) 241-3707

*Attorneys for Plaintiff
Albert B. Ratner*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2018, a true and correct copy of the foregoing was filed electronically. Notification of this filing will be sent to the parties via operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David H. Wallace*
David H. Wallace (0037210)

*Attorney for Plaintiff*
*Albert B. Ratner*

23933448.1