**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ALBERT B. RATNER, | ) Case No. 1:18-cv-02605 |
| Plaintiff, | ) Judge Christopher A. Boyko |
| v. | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| FOREST CITY REALTY TRUST, INC., | ) |
| Defendant. | ) |

Plaintiff Albert B. Ratner hereby gives notice pursuant to Rule 41(a)(1)(A)(i) of the voluntary dismissal of this action, without prejudice.

Dated: November 27, 2018

Respectfully submitted,

*/s/ David H. Wallace*
David H. Wallace (0037210)
*dwallace@taftlaw.com*
Michael J. Zbiegien (0078352)
*mzbiegien@taftlaw.com*
Daniel H. Bryan (0095309)
*dbryan@taftlaw.com*
Michael K. Wager (0043818)
*mwager@taftlaw.com* (0043818)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114
Phone: (216) 241-2838
Fax: (216) 241-3707

*Attorneys for Plaintiff
Albert B. Ratner*

IT IS SO ORDERED.

s/ Christopher A. Boyko
_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE